AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| **BAUSCH & LOMB INCORPORATED,** <br> *Plaintiff* <br> v. <br> **MIMETOGEN PHARMACEUTICALS INC.** <br> *Defendant, Third-party plaintiff* <br> v. <br> **VALEANT PHARMACEUTICALS INT'L, INC.** <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. 14-CV-6640-FPG <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  VALEANT PHARMACEUTICALS INTERNATIONAL, INC. c/o
THE CORPORATION TRUST COMPANY
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

A lawsuit has been filed against defendant __Mimetogen Pharm. Inc.__, who as third-party plaintiff is making this claim against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Shlansky Law Group, LLP, 45 Rockefeller Plaza, Suite 2000, New York, NY 10111

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nixon Peabody LLP, 1300 Clinton Square, Rochester, NY 14604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*