UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BAUSCH & LOMB INCORPORATED,

                    Plaintiff,

- vs -

MIMETOGEN PHARMACEUTICALS
INC.,

                    Defendant.

MIMETOGEN PHARMACEUTICALS,
INC.,

                    Counterclaim
                    Plaintiff,

- vs -

BAUSCH & LOMB INCORPORATED,

                    Counterclaim
                    Defendant,

and

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC.,

                    Third-party
                    Defendant.

**STIPULATION REGARDING
SERVICE AND DATE TO
RESPOND TO ANSWER
WITH COUNTERCLAIMS
AND THIRD PARTY CLAIMS**

Case No. 14-cv-6640-FPG

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorneys for the parties herein that:

    1.     Third-party Defendant Valeant Pharmaceuticals International, Inc. ("Valeant")

agrees to waive service of the Answer with Counterclaims and Third Party Claims

(Dkt. 6) (the "Answer") pursuant to Rule 4(d) of the Federal Rules of Civil

Procedure;

2.      The waiver of service referenced in paragraph 1 shall be deemed to have occurred

as of February 19, 2015;

3.      Valeant waives the right to any further service of the Answer, and the parties

agree that any subsequent actual or attempted service of the Answer on Valeant

shall be considered to be null and void and shall be disregarded by all parties;

4.      Notwithstanding any rule that may provide for a different date for Valeant or

Plaintiff/Counterclaim Defendant Bausch & Lomb Incorporated ("B+L") to

respond to the Answer, the parties agree that Valeant and B+L will move, answer

or otherwise respond to the Answer on or before March 12, 2015.

DATED:  February 23, 2015                        DATED:  February 23, 2015

**NIXON PEABODY LLP**                           **SHLANSKY LAW GROUP, LLP**

/s/ Carolyn G. Nussbaum                          /s/ Travis M. Tatko
Carolyn G. Nussbaum, Esq.                        Travis M. Tatko, Esq.
Terence L. Robinson, Esq.                        *Attorneys for Defendant/Third-party Plaintiff*
*Attorneys for Plaintiff/Counterclaim*           *Mimetogen Pharmaceuticals, Inc.*
*Defendant Bausch & Lomb Incorporated*           45 Rockefeller Plaza, Suite 2000
*and Third-party Defendant Valeant*              New York, NY 10111
*Pharmaceuticals International, Inc.*            Tel: (212) 491-3485
1300 Clinton Square,                             Travis.Tatko@slglawfirm.com
Rochester, New York 14604
Tel: (585) 263-1558
cnussbaum@nixonpeabody.com
trobinson@nixonpeabody.com

SO ORDERED:

_____
Hon. Frank P. Geraci, Jr.