UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAUSCH & LOMB INCORPORATED,<br><br>                               Plaintiff,<br><br>- vs -<br><br>MIMETOGEN PHARMACEUTICALS INC.,<br><br>                               Defendant. | |
| MIMETOGEN PHARMACEUTICALS INC.,<br><br>                               Counterclaimant and<br>                               Third-Party Plaintiff,<br><br>- vs -<br><br>BAUSCH & LOMB INCORPORATED,<br><br>                               Counterclaim Defendant,<br><br>- and -<br><br>VALEANT PHARMACEUTICALS<br>INTERNATIONAL, INC.,<br><br>                               Third-Party Defendant. | Case No. 14-cv-6640 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, in accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff and Counterclaim Defendant Bausch & Lomb Incorporated ("B+L") hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on March 1, 2018 in the above-captioned action (Docket No. 108) (the "Judgment"), as well as from each and every part of all adverse orders, rulings, judgments, decrees, decisions, findings, and/or conclusions of any kind whatsoever leading, ancillary, or antecedent to the Judgment, including the Court's Decision and Order dated June 30, 2017

(Docket No. 82), granting Defendant and Counterclaimant and Third-Party Plaintiff Mimetogen's motion for partial summary judgment and denying the cross-motion for summary judgment filed by B+L and Third-Party Defendant Valeant Pharmaceuticals International, Inc.

Dated: March 30, 2018
       New York, New York

                              Respectfully submitted,

                        By: /s/ Joseph M. McLaughlin
                             Joseph M. McLaughlin
                             Daniel J. Stujenske
                             SIMPSON THACHER & BARTLETT LLP
                             425 Lexington Avenue
                             New York, New York 10017-3954
                             Tel.: (212) 455-2000
                             jmclaughlin@stblaw.com
                             dstujenske@stblaw.com

                             Carolyn G. Nussbaum
                             Eric M. Ferrante
                             NIXON PEABODY LLP
                             1300 Clinton Square
                             Rochester, New York 14604
                             Tel.: (585) 263-1000
                             cnussbaum@nixonpeabody.com
                             eferrante@nixonpeabody.com

                             *Attorneys for Plaintiff and Counterclaim Defendant Bausch & Lomb Incorporated and Third-Party Defendant Valeant Pharmaceuticals International, Inc.*